**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

Oklahoma City, OK

Dated: October 19, 2026

| | | |
|---|---|---|
| ABDUMADZHITKHON ZIIADULLAEV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1237-D |
| | ) | |
| TODD M. LYONS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

ENTER ORDER:

On September 21, 2026, the Court granted in part the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and ordered Respondents to either provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a), within 7 days of the Court's Order, or release Petitioner. [Doc. Nos. 19, 20]. Petitioner filed a motion to enforce, arguing that he has neither been provided with a bond hearing nor released. [Doc. Nos. 21, 22, 23, 24]. Respondents are ordered to provide the Court with a status update regarding whether Petitioner has been provided with a bond hearing on or before October 22, 2026.

THE ABOVE ORDER ENTERED AT THE DIRECTION OF CHIEF JUDGE TIMOTHY D. DeGIUSTI.

***Joan Kane, Clerk***

**By:** ***/s/ Jane Eagleston***
**Deputy Clerk**

***Copies to all parties of record***