**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ABDUMADZHITKHON ZIIADULLAEV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1237-D |
| | ) | |
| TODD M. LYONS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Before the Court is Petitioner's Emergency Motion to Enforce the Court's September 21, 2026 Order and Judgment and for Immediate Release. [Doc. No. 22]. Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1], in which he asserted that his detention was violative of the Immigration and Naturalization Act, 8 U.S.C. § 1101 *et seq.* (INA). In a prior Order, the Court granted in part Petitioner's habeas petition, found that 8 U.S.C. § 1226(a) controls Petitioner's detention, and ordered Respondents to provide Petitioner with a bond hearing under § 1226(a), within 7 days of the Order, or release him. [Doc. No. 19].

On October 7, 2026, Petitioner filed the instant motion requesting the Court order Respondents to release him, because he was not provided with a bond hearing in accordance with the Court's Order. [Doc. No. 22]. On October 19, 2026, the Court ordered Respondents to file a status report regarding whether Petitioner had been provided with a bond hearing. [Doc. No. 25]. On October 22, 2026, Respondents filed a notice informing the Court that Petitioner was provided with the opportunity to have a bond hearing on

September 25, 2026. [Doc. No. 26]. However, at the hearing Petitioner requested the hearing be reset for a later date to allow his attorneys more time to prepare. The immigration judge granted Petitioner's motion to withdraw his request for a bond hearing and explained that he could refile his request for a bond hearing when he was ready to proceed. *Id.*

The Court finds that Respondents have complied with the Court's deadline requiring Petitioner be provided with a bond hearing within seven days of the entry of its Order. Respondents did not interfere or prohibit Petitioner from having a bond hearing within the deadline. Rather, at the bond hearing Petitioner requested the immigration judge permit him to withdraw his request for a bond hearing and resubmit his request for a hearing at a later date. Moreover, it is uncontested that Petitioner is entitled to a bond hearing under the prior Order. Respondents contend that Petitioner must resubmit his request for a bond hearing to the immigration judge for it to be reset.

Accordingly, Petitioner's Motion to Enforce [Doc. No. 22] is **DENIED**.

**IT IS SO ORDERED** this 26th day of October, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE